**4:22-mj-1372**

United States Courts
Southern District of Texas
FILED
*June 16, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA　　　　:

　　　　- v. -　　　　　　　　　　　:　　**SEALED INDICTMENT**
　　　　　　　　　　　　　　　　　　　　　S6 19 Cr. 781 (PKC)
　　　　　　　　　　　　　　　　　　:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮　　　:

CHICA NWAFO,　　　　　　　　　　:
　a/k/a "Chika," and　　　　　　:

LUIS RIVAS,　　　　　　　　　　　:

　　　　Defendants.　　　　　　　　:

- - - - - - - - - - - - - - - - x

**COUNT ONE**
(Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

1. From at least in or about 2018 through at least in or about May 2020, in the Southern District of New York and elsewhere, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, and others known

and unknown, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, ▇▇▇ NWAFO, and RIVAS participated in a scheme to fraudulently obtain funds of others that involved impersonating individuals, professionals, and businesses in the course of otherwise ordinary financial transactions, fraudulently inducing counterparties to those transactions to transfer funds to bank accounts controlled and operated by other co-conspirators, and withdrawing the proceeds from those accounts in cash, by check, and via transfers to other accounts controlled by ▇▇▇ NWAFO, and other co-conspirators, in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
(Conspiracy to Commit Bank Fraud)

The Grand Jury further charges:

3. From at least in or about 2018 through at least in or about May 2020, in the Southern District of New York and elsewhere, ▇▇▇ and LUIS

RIVAS, the defendants, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

4. It was a part and an object of the conspiracy that ████████████████████████ and LUIS RIVAS, the defendants, and others known and unknown, would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, the deposits of which were then federally insured, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, ████████ and RIVAS participated in a scheme to deceive federally insured banks and obtain money of, or under the custody and control of, those institutions by including false and misleading information in bank account applications regarding ████████ and RIVAS's co-conspirators' affiliations with the entities for which they purportedly obtained such bank accounts and the nature of those entities and their respective business activities, and by falsely representing that certain fraud proceeds came from legitimate business transactions in an effort to convince the bank to release the funds.

(Title 18, United States Code, Section 1349.)

## COUNT THREE
(Conspiracy to Commit Money Laundering)

The Grand Jury further charges:

5. From at least in or about 2018 through in or about May 2020, in the Southern District of New York and elsewhere, ███████████████████████████████ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

6. It was a part and an object of the conspiracy that ███████████████████████████████ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, and others known and unknown, knowing that the property involved in certain financial transactions, to wit, cash transactions, check transactions, and wire transfers, represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the wire fraud and bank fraud conspiracy charged in Count One of this Indictment, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the

4

proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

7. It was a further part and an object of the conspiracy that ███████████ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, and others known and unknown, within the United States, knowingly would and did engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000 that was derived from specified unlawful activity, to wit, the wire fraud and bank fraud conspiracy charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 1957(a).

(Title 18, United States Code, Section 1956(h).)

## COUNT FOUR
### (Bank Bribery Conspiracy)

The Grand Jury further charges:

8. From at least in or about 2018 through at least in or about May 2020, in the Southern District of New York and elsewhere, LUIS RIVAS, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to corruptly solicit, demand, accept, and agree to accept things of value as a bank employee, in violation of Title 18, United States Code, Section 215.

9. It was a part and an object of the conspiracy that LUIS RIVAS, the defendant, and others known and unknown, being employees and agents of a financial institution, would and did corruptly solicit and demand for the benefit of a person, and corruptly accept and agree to accept, things of value exceeding $1,000 from a person, intending to be influenced and rewarded in connection with business and transactions of such institution, to wit, RIVAS agreed to accept payments worth more than $1,000 in exchange for providing information regarding and assistance with financial transactions being conducted in bank accounts held at the bank where RIVAS was employed, including unfreezing, transferring, and withdrawing proceeds of the wire fraud and bank fraud conspiracy charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 215(a)(2).

### Overt Acts

10. In furtherance of the bank bribery conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 7, 2018, a co-conspirator asked LUIS RIVAS, the defendant, who was an employee of a bank located in Houston, Texas, to confirm whether an account (Account-1) "is good and not frozen . . . ."

6

b. On or about December 12, 2018, another co-conspirator caused approximately $2,200,926 to be transmitted by wire from an account at a bank in New York, New York to Account-1.

(Title 18, United States Code, Section 371.)

### FORFEITURE ALLEGATION

11. As a result of committing the offense alleged in Count One ███████████████████████████████ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

12. As a result of committing the offenses alleged in Counts Two and Four of this Indictment, ██████████████ ████████████ and LUIS RIVAS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States

currency representing the amount of proceeds traceable to the commission of said offense.

13. As a result of committing the offense alleged in Count Three of this Indictment, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉ CHICA NWAFO, a/k/a "Chika," and LUIS RIVAS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

### Substitute Assets Provision

14. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

        (Title 18, United States Code, Section 981;
        Title 18, United States Code, Section 982;
        Title 21, United States Code, Section 853; and
        Title 28, United States Code, Section 2461.)

_____       _____
Foreperson                            DAMIAN WILLIAMS
                                             United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.



CHICA NWAFO,
A/K/A "CHIKA,"

AND

LUIS RIVAS,

Defendants.

INDICTMENT

S6 19 Cr. 781 (PKC)

(18 U.S.C. §§ 371, 1349, 1956(h).)

DAMIAN WILLIAMS
United States Attorney